**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN (JACKSON) DIVISION**

THOMAS L. HODGES                                              **PLAINTIFF**

vs.                                     CIVIL ACTION NO. 3:12-CV-494 HTW-LRA

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY          **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson in which she recommends that the decision of the Commissioner be affirmed. After having considered the reasons set forth in the Report and Recommendation and the opposition of the defendant, this court hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 25th day of February, 2014.**

                                                    **s/ HENRY T. WINGATE**
                                                    **UNITED STATES DISTRICT JUDGE**